IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  19-42 |
| ADAM HOSIE | |

**GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Heidi M. Grogan, Assistant United States Attorney for said District, and respectfully files the following Position with Respect to Sentencing Factors:

1. The Government has reviewed the final Presentence Investigation Report ("PSIR") prepared for Adam Hosie by United States Probation Officer Rick J. Gama.  Counsel for the government has conferred with Officer Gama and defendant's counsel, Patrick K. Nightingale, in a good faith effort to resolve any disputed matters.

2. The Government hereby states that it has no objections, additions, and/or modifications to the Report.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/ Heidi M. Grogan
HEIDI M. GROGAN
Assistant United States Attorney
PA ID No. 203184